■ EVELYN BRYANT, an Infant, by Her Parent and Natural Guardian, MARGARET BRYANT, et al., Appellants, v ANTHONY NATASI et al., Respondents.—In a malpractice action, plaintiffs appeal, as limited by their brief, from so much of a decision of the Supreme Court, Richmond County and an order entered thereon, dated December 11, 1979 and February 25, 1980, respectively, insofar as they denied their motion to amend the *ad damnum* clause from $300,000 to $1,500,000. Appeal from decision dated December 11, 1979, dismissed. No appeal lies from a decision. Order reversed insofar as appealed from and motion to increase the *ad damnum* clause to $1,500,-000 is granted, with leave to defendants to obtain new physicial examinations. The plaintiffs are awarded one bill of $50 costs and disbursements, payable jointly by the defendants. Under the circumstances, the plaintiffs' motion to increase the *ad damnum* clause should have been granted (see *Wagner v Huntington Hosp.,* 65 AD2d 771). Hopkins, J. P., Damiani, Lazer and Gibbons, JJ., concur.